GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LoanCare, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ESTHER LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LOANCARE,<br><br>Defendant. | Case No.: 2:20-cv-00229-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |
|---|---|

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LoanCare, LLC ("Defendant") and Plaintiff Esther Lopez ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on February 3, 2020;

2. Defendant was served with the Complaint on March 17, 2020;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is April 7, 2020;

4. Defendant has requested, and Plaintiff has consented to, an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

1

6.     Good cause exists to grant the stipulation as the additional fourteen (14) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7.     Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including April 21, 2020 to file a responsive pleading to Plaintiff's Complaint.

8.     WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant LOANCARE, LLC, shall have up to and including April 21, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2020.

| /s/ David H. Krieger | /s/ Gary E. Schnitzer |
|---|---|
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| KRIEGER LAW GROUP, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 2850 W. Horizon Ridge Blvd., Ste. 200 | 8985 S. Eastern Ave., Ste. 200 |
| Henderson, NV 89052 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Esther Lopez* | *LoanCare, LLC* |

**IT IS ORDERED.**

DATED this 7th day of April, 2020.

_____
United States Magistrate Judge