GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LOANCARE, NEW REZ, LLC; and NEW RESIDENTIAL MORTGAGE, LLC<br><br>Defendants. | Case No.:   2:20-cv-00229-JAD-DJA<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF MOTION FOR CLERK'S ENTRY OF DEFAULT AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD AS TO DEFENDANTS NEW REZ, LLC AND NEW RESIDENTIAL MORTGAGE, LLC**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant New Rez, LLC, Defendant New Residential Mortgage, LLC (collectively "Defendants"), and Plaintiff Esther Lopez ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff agrees that the Motions for Clerk's Entry of Default against Defendant New Residential Mortgage, LLC [ECF No. 26] and against Defendant New Rez, LLC [ECF No. 27] are hereby withdrawn;

2. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendants agree that Defendants shall have up to and including September 9, 2020 to file a responsive pleading to Plaintiff's First Amended Complaint;

//

1

3. Good cause exists to grant the stipulation to allow Defendants to complete their investigations of Plaintiff's allegations, including a review of all relevant documents;

4. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Plaintiff shall withdraw the Motions for Clerk's Entry of Default against Defendant New Residential Mortgage, LLC and against Defendant New Rez, LLC.

Defendant New Residential Mortgage, LLC and Defendant New Rez, LLC, shall have up to and including September 9, 2020 to file an Answer or Otherwise Plead to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 1st day of September, 2020.

| | |
|---|---|
| */s/ David H. Krieger* | /s/ *Gary E. Schnitzer* |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| KRIEGER LAW GROUP, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 2850 W. Horizon Ridge Blvd., Ste. 200 | 8985 S. Eastern Ave., Ste. 200 |
| Henderson, NV  89052 | Las Vegas, NV  89123 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *Esther Lopez* | |

**IT IS ORDERED.**

DATED this __3rd__ day of September, 2020.

_____
United States Magistrate Judge