David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Esther Lopez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>LOANCARE, LLC; NEW REZ, LLC AND NEW RESIDENTIAL MORTGAGE, LLC,<br><br>　　　　　　Defendant(s). | Case No.: 2:20-cv-00229-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**<br><br>ECF No. 43 |

ESTHER LOPEZ ("Plaintiff") together with Defendant LoanCare, LLC ("LoanCare"), Defendant NEW REZ, LLC ("New Rez") and Defendant NEW RESIDENTIAL MORTGAGE, LLC ("New Residential"), collectively the "Parties," by and through their counsel of record, hereby stipulate and agree that the above-entitled action shall be

113649254v1

dismissed pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), WITH PREJUDICE, each Party to bear its own attorney's fees, costs, and expenses.

STIPULATED AND AGREED on February 23, 2021.

| | |
|---|---|
| */s/ Shawn W. Miller* <br> David H. Krieger, Esq. <br> Shawn W. Miller, Esq. <br> KRIEGER LAW GROUP, LLC <br> 2850 W. Horizon Ridge Pkwy., Suite 200 <br> Henderson, Nevada 89052 <br> *Attorneys for Plaintiff* <br> *Esther Lopez* | */s/ Gary E. Schnitzer* <br> Gary E. Schnitzer, Esq. <br> KRAVITZ, SCHNITZER & JOHNSON, CHTD. <br> 8985 South Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Attorneys for Defendant* <br> *LoanCare, LLC* |
| */s/ Gary E. Schnitzer* <br> Gary E. Schnitzer, Esq. <br> KRAVITZ, SCHNITZER & JOHNSON, CHTD. <br> 8985 South Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Attorneys for Defendant* <br> *New Rez LLC* | */s/ Gary E. Schnitzer* <br> Gary E. Schnitzer, Esq. <br> KRAVITZ, SCHNITZER & JOHNSON, CHTD. <br> 8985 South Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Attorneys for Defendant* <br> *New Residential Mortgage LLC* |

## ORDER OF DISMISSAL

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 26, 2021

113649254v1